UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| THUY THU LE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RECONTRUST COMPANY, N.A.; BAC HOME LOANS SERVICING, LP, f/d/a COUNTRYWIDE HOME LOANS LP; CTC REAL ESTATE SERVICES; MERS, et al.,<br><br>　　　　　Defendants. | 2:10-CV-00496-PMP-LRL<br><br>**ORDER** |

　　　　Having read and considered Defendants' fully briefed Motion to Dismiss Plaintiff Le's Complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6), (Doc. #15), filed on May 24, 2010, and for the reasons set forth in Defendants' motion, and good cause appearing,

　　　　**IT IS ORDERED that** Defendants' Motion to Dismiss (Doc. #15) is **GRANTED**.

　　　　**IT IS FURTHER ORDERED that** Defendants' Motion for Oral Argument (Doc. #22) is **DENIED** as moot.

DATED: October 19, 2010.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PHILIP M. PRO
　　　　　　　　　　　　　　　　　　United States District Judge