J. CHRISTOPHER JORGENSEN, ESQ.
STATE BAR NO. 5382
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for Defendants Recontrust Company, N.A., BAC Home Loans Servicing, LP, CTC Real Estate Services and MERS*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THUY THU LE,<br><br>    Plaintiff,<br><br>vs.<br><br>RECONTRUST COMPANY, N.A.; BAC HOME LOANS SERVICING, LP, f/k/a COUNTRYWIDE HOME LOANS LP; CTC REAL ESTATE SERVICES; MERS;, et al.,<br><br>    Defendants. | Case: 2:10-cv-00496-PMP-LRL<br><br>**ORDER CANCELING LIS PENDENS** |

    This Court granted Defendants Recontrust Company, N.A.'s, BAC Home Loans Servicing, LP's, Inc.'s, CTC Real Estate Services' and MERS'("Defendants") Motion to Dismiss on October 19, 2010, [DE 23].

    Defendants further request that the lis pendens currently recorded against the subject property by Plaintiff Thuy Thu Le ("Plaintiff") be canceled.

    The Court finds that Plaintiff recorded a Notice of Pendency of Action ("Lis Pendens") on or about April 8, 2010, in Book No. 20100408 as Instrument No. 0004581 in the real property records maintained by the Clark County Recorder. A copy of the Lis Pendens is attached hereto as Exhibit "A."

    UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

    1.    IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby cancelled, released, and expunged.

444762

1    2.    IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3.    IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

ENTERED this __ 15th day of November, 2010.

By_____
UNITED STATES DISTRICT JUDGE

Submitted by:

LEWIS AND ROCA LLP

By:/s/ J. Christopher Jorgensen
   J. CHRISTOPHER JORGENSEN, ESQ.
   3993 Howard Hughes Pkwy., Ste. 600
   Las Vegas, NV 89169

Attorneys for Defendants

EXHIBIT "A"

# EXHIBIT "A"



```
Inst #: 201004080004581
Fees: $15.00
N/C Fee: $0.00
04/08/2010 04:21:44 PM
Receipt #: 304664
Requestor:
THUY THU LE
Recorded By: STN   Pgs: 2
DEBBIE CONWAY
CLARK COUNTY RECORDER
```

APN# 124-25-513-042

11-digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

Notice of Lis Pendens

**Type of Document**
(Example: Declaration of Homestead, Quit Claim Deed, etc.)

**Recording Requested By:**

THUY THU LE

**Return Documents To:**

Name THUY THU LE

Address P.O. Box 335415

City/State/Zip North Las Vegas, NV 89033

This page added to provide additional information required by NRS 111.312 Section 1-2

(An additional recording fee of $1.00 will apply)

This cover page must be typed or printed clearly in black ink only.

CCOR_Coversheet.pdf ~ 06/06/07

APN: 124-25-513-042

THUY THU LE
3113 MANTI PEAK AVENUE
NORTH LAS VEGAS, NEVADA 89081-6549
*In Common Law-Pro Per*



2010 APR -8 P 3: 57

## DISTRICT COURT OF UNITED STATES
## DISTRICT OF LAS VEGAS NEVADA

THUY THU LE

      Plaintiff,  )
 vs.          )  **2:10-cv-00496-PMP-LRL**
           )
           )
RECONTRUST COMPANY, N.A.  )
BANK OF AMERICA HOME LOANS,  )
F/K/A COUNTRYWIDE HOME LOANS )
LP, CTC REAL ESTATE SERVICES,  )  **NOTICE OF LIS PENDENS**
MERS, ASSIGNEES AND/OR    )
SUCCESSORS, AND DOES 1 – 100  )
           )
     Defendants,  )

---

Notice is given that the above-entitled action was filed in the above entitled court on April 7, 2010 by THUY THU LE, Plaintiff against the above named Defendants. The action affects title to the specific real property in the complaint in the action. The Real Property affected by the action is located in Clark County, Nevada and is described as follows:

Legal Description: APN: 124-25-513-042 Parcel I: Lot 42 of Shadow Springs – Unit 8, as shown by map thereof on file in Book 117 of Plats, Page 75, in the Office of the County Recorder of Clark County, Nevada; commonly know as:

**3113 MANTI PEAK AVENUE, NORTH LAS VEGAS, NEVADA 89031-6549**

April 8, 2010

*THUY THU LE*
THUY THU LE

Description: Clark,NV Document-Year.Date.DocID 2010.408.4581 Page: 2 of 2
Order: 5 Comment: